**THE HOLMES LAW FIRM**



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 0 3 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

February 11, 2015

Ms. Ashley Yount, Deputy Clerk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re: *Lissiak v. SW Loan OO, LP*, Case No 12-14-00344-CV, Twelfth Court of Appeals, Tyler Texas

Dear Ms. Yount:

Enclosed please find a self-addressed FedEx label, and FedEx Envelope. Please forward a copy of the record in the above referenced case using same. Thank you.

Sincerely yours,

THE HOLMES LAW FIRM

By: ___/s/ rhholmes___
   Robert H. Holmes

**3401 Beverly Drive**               **Dallas, Texas 75205**
**Telephone 214-384-3182**          **Telecopier 214-522-3526**